## First Department, February, 1975

### (February 4, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JERRY GREENE, Appellant.—Judgment, Supreme Court, New York County, rendered on April 22, 1974, unanimously affirmed. The case is remitted to the Criminal Term, Supreme Court, New York County, which shall direct defendant to surrender himself in order that execution of the judgment shall be commenced or resumed (CPL 460.50, subd. 5). No opinion. Concur — Markewich, J. P., Lupiano, Tilzer, Capozzoli and Nunez, JJ.